**No. 09-9056. In re Roderick Troy Prudhomme, Petitioner.**

559 U.S. 1004, 130 S. Ct. 1920, 176 L. Ed. 2d 405, 2010 U.S. LEXIS 2354.

March 22, 2010. Petition for writ of habeas corpus denied.

**No. 09-9096. In re Gerald C. Watkins, Petitioner.**

559 U.S. 1004, 130 S. Ct. 1922, 176 L. Ed. 2d 405, 2010 U.S. LEXIS 2536.

March 22, 2010. Petition for writ of habeas corpus denied.

**No. 09-9164. In re Gene Scott, Petitioner.**

559 U.S. 1004, 130 S. Ct. 1926, 176 L. Ed. 2d 405, 2010 U.S. LEXIS 2497.

March 22, 2010. Petition for writ of habeas corpus denied.

**No. 09-9240. In re Larry Don Maynard, Petitioner.**

559 U.S. 1004, 130 S. Ct. 1930, 176 L. Ed. 2d 405, 2010 U.S. LEXIS 2512.

March 22, 2010. Petition for writ of habeas corpus denied.

**No. 09-9273. In re David R. Alexander, Petitioner.**

559 U.S. 1004, 130 S. Ct. 1932, 176 L. Ed. 2d 405, 2010 U.S. LEXIS 2446.

March 22, 2010. Petition for writ of habeas corpus denied.

**No. 09-8892. In re Salvatore M. Bombardiere, Sr., Petitioner.**

559 U.S. 1004, 130 S. Ct. 1908, 176 L. Ed. 2d 405, 2010 U.S. LEXIS 2431.

March 22, 2010. Petition for writ of mandamus denied.

**No. 09-9161. In re Joseph L. Rainey, Petitioner.**

559 U.S. 1004, 130 S. Ct. 1926, 176 L. Ed. 2d 405, 2010 U.S. LEXIS 2487.

March 22, 2010. Petition for writ of mandamus denied.

**No. 09-8626. In re Earnest C. Woods, II, Petitioner.**

559 U.S. 1004, 130 S. Ct. 1897, 176 L. Ed. 2d 405, 2010 U.S. LEXIS 2400.

March 22, 2010. Petition for writ of mandamus and/or prohibition denied.

**No. 09-8715. In re Fontella Dorsey, Petitioner.**

559 U.S. 1004, 130 S. Ct. 1902, 176 L. Ed. 2d 405, 2010 U.S. LEXIS 2391.

March 22, 2010. Petition for writ of mandamus and/or prohibition denied.